United States Courts
Southern District of Texas
FILED

*July 29, 2022*

Nathan Ochsner, Clerk of Court





**SEALED**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

# FELONY

## SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT, THE FEDERAL CONTROLLED SUBSTANCES ACT, <u>AND FOR HOBBS ACT ROBBERY</u>

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** | **20-057** |
| | * | | **4:22-mj-1773** |
| **v.** | * | **SECTION:** | **"H"** |
| | * | | |
|  | * | **VIOLATIONS:** | 18 U.S.C. § 922(g)(1) |
| | * | | 18 U.S.C. § 924(c)(1)(A) |
| | | | 18 U.S.C. § 924(o) |
| | * | | 18 U.S.C. § 1951 |
| | | | 18 U.S.C. § 2 |
| | * | | 21 U.S.C. § 841(a)(1) |
| | | | 21 U.S.C. § 841(b)(1)(A) |
| **JAMAL CLAY** | * | | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "Mal," a/k/a "Young Mal" | | | 21 U.S.C. § 841(b)(1)(D) |
| a/k/a "YM" | * | | 21 U.S.C. § 846 |
| | * | | |
| | * | | |
| | * | | |
| | * | | |
| | * | | |
| | * | | |
| | * | | |
| | * | * | * |

The Grand Jury charges that:

## COUNT 1

(Conspiracy to Possess and Brandish Firearms in Furtherance of and
During Crimes of Violence and Drug Trafficking)

Beginning on a date unknown, but prior to January 2019, and continuing to on or about

the date of this Superseding Indictment, in the Eastern District of Louisiana and elsewhere, the

defendants,

**JAMAL CLAY**, a/k/a

**"Mal," a/k/a "Young Mal," a/k/a "YM,"**

did knowingly and

intentionally combine, conspire, confederate and agree with each other and with other persons

known and unknown to the Grand Jury, to possess, use, carry, and brandish firearms in

furtherance of and during and in relation to crimes of violence and a drug trafficking crime, as

alleged in this Superseding Indictment; all in violation of Title 18, United States Code, Section

924(o).

## COUNT 2

(Conspiracy to Distribute and Possess with the Intent to Distribute
Methamphetamine, Cocaine Hydrochloride, Cocaine Base, Heroin and Marijuana)

Beginning at a time unknown but prior to January 2019, and continuing to on or about the

date of this Superseding Indictment, in the Eastern District of Louisiana and elsewhere, the

defendants,

**JAMAL CLAY**, a/k/a "Mal," a/k/a "Young Mal," a/k/a

**"YM,"**

███████████████████████████████████████████

███ did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute controlled dangerous substances to wit: methamphetamine, cocaine hydrochloride and cocaine base ("crack"), Schedule II Controlled Substances, and heroin and marijuana, Schedule I Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to defendant ████████████████████████████

████████████████████████████ the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)     five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, its isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A);

(2)     a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, cocaine base ("crack"), and heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and

(3)     a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

3

With respect to defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)     a quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(b)(1)(C);

(2)     a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

With respect to defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is:

(1)     a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride and a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, its isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant **JAMAL CLAY, a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)     five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, its isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A);

(2)     a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

4

With respect to defendant                               the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is:

(1)    a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, cocaine base ("crack"), and heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C);

(2)    a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

With respect to defendant                               the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)    a quantity of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C);

With respect to defendant

          the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)    a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride and heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C);

With respect to defendant                                                        the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1)    a quantity of a mixture or substance containing a detectable amount of cocaine

5

hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(C);

(2)     a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3
(Felon in Possession of Firearms and Ammunition)

On or about the June 28, 2019, in the Eastern District of Louisiana, the defendant,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 8, 2013, in the Circuit Court of Madison County, Mississippi, Case Number 2013-0335, for obtaining a controlled substance by fraud, in violation of Mississippi Code § 41-29-144, did knowingly possess firearms and ammunition, to wit: a .40 caliber Taurus, semi-automatic handgun, with serial number SHP29487; a 5.56 caliber Bushmaster semi-automatic rifle, with serial number D07715; a 5.56 caliber DPMS semi-automatic rifle, with serial number FFA008486; a .22 caliber Mossberg rifle, with an unknown serial number; and .40 caliber, 9 mm, and 5.56 caliber ammunition, said firearms and ammunition having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession with the intent to Distribute Controlled Dangerous Substances)

On or about June 28, 2019, in the Eastern District of Louisiana, the defendant,

did knowingly and intentionally possess

6

with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II Controlled Dangerous Substance, and a quantity of marijuana, a Schedule I Controlled Dangerous Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and (b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT 5
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about June 28, 2019, in the Eastern District of Louisiana, the defendants,

did knowingly possess firearms, to wit: a .40 caliber Taurus, semi-automatic handgun, with serial number SHP29487; a 5.56 caliber Bushmaster semi-automatic rifle, with serial number D07715; a 5.56 caliber DPMS semi-automatic rifle, with serial number FFA008486; a .22 caliber Mossberg rifle, with an unknown serial number, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as alleged in Count 4 of this Superseding Indictment, to wit: possession with intent to distribute controlled substances; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 6
(Felon in Possession of a Firearm and Ammunition)

On or about February 11, 2020, in the Eastern District of Louisiana, the defendant,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 8, 2013, in the Circuit Court of Madison County, Mississippi, Case Number 2013-0335, for obtaining a controlled substance by

7

fraud, in violation of Mississippi Code § 41-29-144, did knowingly possess a firearm and ammunition, to wit: a Model 27 .40 caliber Glock semi-automatic handgun, with serial number WEW573, and .40 caliber ammunition, said firearm and ammunition having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 7
(Conspiracy to Interfere with Commerce Through Robbery)

Beginning on a date unknown, but prior to September 25, 2019, and continuing to on or about the December 1, 2020, in the Eastern District of Louisiana, the defendants,

**JAMAL CLAY, a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"**

knowingly, intentionally and unlawfully agreed and conspired with each other and with other persons known and unknown to the grand jury, to unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, at 3504 Ashley Drive, Violet, Louisiana, a known residence used to store controlled substances and drug trafficking proceeds, in violation of Title 18, United States Code, Section 1951.

## COUNT 8
(Interference with Commerce Through Robbery - Hobbs Act Robbery)

On or about September 25, 2019, in the Eastern District of Louisiana, the defendants,

8

**JAMAL CLAY, a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"**

aided and abetted by each other and other known

and unknown individuals, did unlawfully obstruct, delay and affect and attempt to obstruct, delay

and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and

the movement of articles and commodities in such commerce, by robbery as that term is defined

in Title 18, United States Code, Section 1951, in that the defendants,

**JAMAL**

**CLAY, a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"**                    and

and other known and unknown individuals, did unlawfully take and obtain

personal property, and attempt to take and obtain personal property from and in the presence of

several individuals at 3504 Ashley Drive, Violet, Louisiana, a known residence used to store

controlled substances and drug trafficking proceeds, against their will by means of actual and

threatened force, violence, and fear of injury, immediate and future, to their persons; in violation

of Title 18, United States Code, Sections 1951 and 2.

**COUNT 9**
(Possessing and Brandishing Firearms in Furtherance of
and During a Crime of Violence)

On or about September 25, 2019, in the Eastern District of Louisiana, the defendants,

**JAMAL CLAY, a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"**

aided and abetted by each other and other known

and unknown individuals, did knowingly possess, use, carry, and brandish firearms in

furtherance of and during and in relation to a crime of violence for which they may be

9

prosecuted in a court of the United States, as alleged in Count 8 of this Superseding Indictment, to wit: interference with commerce through robbery (Hobbs Act Robbery); all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 10
(Conspiracy to Interfere with Commerce Through Robbery)

Beginning at a time unknown but before September 2019 through at least December 24, 2019, in the Eastern District of Louisiana, the defendants,

knowingly, intentionally and unlawfully agreed and conspired with each other and with other persons known and unknown to the grand jury, to unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, at 1936 Abundance Street, New Orleans, Louisiana, a known residence used to store controlled substances and drug trafficking proceeds by J.G., in violation of Title 18, United States Code, Section 1951.

## COUNT 11
(Interference with Commerce Through Robbery - Hobbs Act Robbery)

On or about December 24, 2019, in the Eastern District of Louisiana, the defendants,

aided

10

and abetted by each other and other known and unknown individuals, did unlawfully obstruct, delay and affect and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants,

and other known and unknown individuals, did unlawfully take and obtain personal property, and attempt to take and obtain personal property, including drug trafficking proceeds, from S.R., the possessor of property at 1936 Abundance Street, New Orleans, Louisiana, a known residence used to store controlled substances and drug trafficking proceeds, against S.R.'s will by means of actual and threatened force, violence, and fear of injury, immediate and future, to S.R.'s person; in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT 12**
(Possession with the intent to
Distribute a Controlled Dangerous Substance)

On or about April 16, 2020, in the Eastern District of Louisiana, the defendant,

did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I Controlled Dangerous Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

11

**COUNT 13**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 16, 2020, in the Eastern District of Louisiana, the defendant,

did knowingly possess a firearm in furtherance of a

drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged

in Count 12 of this Superseding Indictment, to wit: possession with intent to distribute a quantity

of marijuana, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

**NOTICE OF FORFEITURE**

1.     The allegations of Counts 1 through 13 of this Superseding Indictment are

incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to

the United States.

2.     As a result of the offenses alleged in Counts 2, 4, and 12, the defendants

**JAMAL CLAY**, **a/k/a "Mal," a/k/a "Young Mal," a/k/a "YM,"**

shall forfeit to the

United States pursuant to Title 21, United States Code, Section 853, any property constituting, or

derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, the offenses.

3.     As a result of the offenses alleged in Counts 7-8 and 10-11, the defendants,

12

██████████████████████████████████████████ **JAMAL CLAY, a/k/a "Mal,"**

**a/k/a "Young Mal," a/k/a "YM,"** ████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████ shall forfeit to the United

States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States

Code, Section 2461(c), any property, real or personal, which constitutes or is derived from,

proceeds traceable to said offenses.

4.      As a result of the offenses alleged in Counts 1, 3, 5, 6, 9 and 13, the defendants,

████████████████████████████████████████████████████████

███████████████████████████████ **JAMAL CLAY, a/k/a "Mal," a/k/a**

**"Young Mal," a/k/a "YM,"** ████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████ shall forfeit to the United

States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States

Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said

offenses, including but not limited to any of the following:

> Taurus, .40 caliber semi-automatic handgun, bearing serial number
> SHP29487;
>
> Bushmaster, 5.56 caliber, semi-automatic rifle, bearing serial
> number D07715;
>
> DPM, 5.56 caliber semi-automatic rifle, bearing serial number
> FFA008486;
>
> Mossberg, .22 caliber rifle, with an unknown serial number;

Glock model 27, .40 caliber semi-automatic handgun, bearing serial number WEW573;

.40 caliber ammunition;

9 mm ammunition;

5.56 caliber ammunition.

5.     If any of the above-described property, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third person;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:



FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

ELIZABETH PRIVITERA
Assistant United States Attorney
Bar Roll No. 27042

MAURICE E. LANDRIEU, JR.
Assistant United States Attorney
Bar Roll No. 2224

New Orleans, Louisiana
December 16, 2021

15